No prior order from this court is required to allow the debtor to negotiate with the mortgage holder as to a loan modification. A MOTION SEEKING APPROVAL OF ANY AGREEMENT AS TO THE SPECIFIC LOAN MODIFICATION WILL BE REQUIRED TO BE FILED, AND THEN THE COURT WILL CONSIDER APPROVAL.

Date signed April 01, 2009



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

25499 Cooper Mill Rd.
Mardela Springs, MD 21837

March 16, 2009

Clerk of the Bankruptcy Court
101 W. Lombard Street
Baltimore, MD 21201

RE:   Case No 05-42118DK
      Chapter 13 (Dated 1-2007)
      Trudy C. Granby AKA Trudy C. Winder
      Debtor

To Whom It May Concern:

I am writing to ask the court to give Ocwen Loan Servicing, LLC permission to do a loan modification to my mortgage loan. I am experiencing a financial hardship that makes me unable to meet my mortgage obligations.

According to Ocwen I need correspondence in writing from the Court, so that Ocwen can assist me. My loan at Ocwen (Account# 0033562315) is four months delinquent.

Sincerely,

*Trudy C Granby*

Trudy C. Granby
AKA Trudy C. Winder

Cc: Ocwen